In re Baker, Edward Bro.; Edwards, Richmond Jr.; Baker, Oliver Bro.; Harris, Aaron Bro.; Johnson, James Bro.; McLarin, Willie Bro.; Piper, Roosevelt Jr. Bro; Robichaux, Lawrence Bro.; Seymore, Brace Bro.; Torrence, Charles Bro.; White, Sam Bro; Wilson, Charles Bro; Howard, Alea Sis.; Evans, James Jr.; Netters, Issac; Dunigan, Theodore;—Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. E, Nos. 590-084, 590-158; to the Court of Appeal, Fifth Circuit, No. 03-C-618.
Writ denied. Stay denied.